EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Migdalia Rodríguez Figueroa | 2021 TSPR 54<br><br>206 DPR _____ |

Número del Caso:  TS-11,707


Fecha:  23 de abril de 2021


Abogado de la parte peticionaria:

    Por derecho propio




Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Migdalia Rodríguez Figueroa

TS-11,707

RESOLUCIÓN

En San Juan, Puerto Rico, a 23 de abril de 2021.

Evaluada la *Moción Urgente Notificando Cumplimiento de Orden, Solicitud de Reinstalación al Foro, Renuncia de la Notaría y Otros Extremos* presentada por la peticionaria, así como la *Certificación* del Programa de Educación Jurídica Continua (PEJC) que obra en el expediente, se reinstala a la Lcda. Migdalia Rodríguez Figueroa al ejercicio de la abogacía.

Examinado el *Informe Final Sobre el Estado de la Obra Notarial Incautada* presentado por la Oficina de Inspección de Notarías (ODIN), tomamos conocimiento.

De la licenciada Rodríguez Figueroa aun desear ser reinstalada al ejercicio de la notaría, deberá presentar una nueva fianza notarial.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo